UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THOMAS PRICE, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) v. ) ) PARKWAY, INC., JAMES R. HEISTAND, ) JAMES A. THOMAS, R. DARY STONE, ) CRAIG B. JONES, FRANK J. JOHNSON, ) JAMES H. HANCE, and AVI BANYASZ, ) ) Defendants. ) | Civil Action No. 4:17-cv-2367 |

## ORDER OF DISMISSAL

CAME ON for consideration Plaintiff's Notice of Voluntary Dismissal, and the Court having considered same and finding that just cause exists, it is therefore

ORDERED that this case is DISMISSED WITH PREJUDICE as to the refiling of same.

SIGNED this __13__ day of December, 2017.

_____
Gray H. Miller
United States District Judge